1
2
3
4
5
6
7
8
9
10
11

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE LASH GROUP, LLC, a Delaware limited liability company,<br><br>             Plaintiff,<br><br>     v.<br><br>DAYA MEDICALS, INC., a Nevada corporation.<br><br>             Defendant. | CASE NO.: 2:24-cv-00843-ART-EJY<br><br>**ORDER GRANTING**<br><br>**PLAINTIFF THE LASH GROUP, LLC'S *EX PARTE* MOTION TO EXTEND TIME TO FILE VERIFIED PETITION VERIFIED PETITION FOR ADMISSION PRO HAC VICE FOR ATTORNEY CAROL ANN SLOCUM, ESQ.**<br><br>**(FIRST REQUEST)** |

        Pursuant to LR IA 6-2 and 7-2, Plaintiff The Lash Group, LLC ("Lash Group"), by and through its counsel of record, hereby moves this Court to extend the time for Lash Group's out-of-state counsel, Carol Ann Slocum, Esq. ("PHV Counsel"), to file her Verified Petition for Admission Pro Hac Vice (the "PHV Application"). The PHV Application is currently due on or before May 20, 2024 (ECF No. 3). PHV Counsel is requesting an extension of nine (9) judicial days to submit her PHV Application, to wit on or before May 31, 2024. This is Lash Group's first request for such an extension of this deadline.

///

- 1 -

15956-01/3147535.docx

This Motion is made and based upon the below Points and Authorities, the Declaration of Carol Ann Slocum, Esq. attached as **Exhibit 1**, all pleadings and papers on file herein, and such oral argument as may be heard by the Court.

## <u>MEMORANDUM OF POINTS AND AUTHORITIES</u>

Lash Group respectfully requests that the Court extend time for PHV Counsel to file her PHV Application for nine (9) judicial days from the current deadline of May 20, 2024 (ECF No. 3) to a due date of on or before May 31, 2024. *See* Slocum Decl., at ¶ 7.

Pursuant to LR IA 11-2(e), "[a]n attorney must comply with all provisions of this rule within 14 days of his or her first appearance." Since Lash Group commenced this action, PHV Counsel has worked diligently to complete her PHV Application. *See* Slocum Decl., at ¶ 6. To date, PHV Counsel has obtained all documentation required to support her PHV Application. *Id.* However, as of the date of filing this motion, PHV Counsel has not yet been able to obtain a signature from the individual authorized to sign on behalf of Lash Group to confirm the appointment of James D. Boyle, Esq. of Holley Driggs Ltd. as designated residential Nevada counsel in support of her PHV Application. *Id.* PHV Counsel anticipates that Lash Group will return an executed PHV Application to PHV Counsel for her signature, at which time she will execute the PHV Application and forward it to Mr. Boyle for his signature, for filing, and for submission of the requisite application fee. *See* Slocum Decl., at ¶¶ 6, 7.

///
///
///
///
///
///
///
///
///
///

15956-01/3147535.docx

1         Accordingly, Lash Group respectfully requests that the deadline for PHV Counsel to file

2 her PHV Application be extended for nine (9) judicial days, for a submission deadline of May 31,

3 2024.

4         DATED this 20th day of May, 2024.

5                           **HOLLEY DRIGGS LTD.**

6                               */s/ James D. Boyle*

7                           JAMES D. BOYLE, ESQ. (Bar No. 08384)
TYLER B. THOMAS, ESQ. (Bar No. 16637)

8                           800 South Meadows Parkway, Suite 800
Reno, Nevada 89521

9                           KLEHR HARRISON HARVEY BRANZBURG, LLP

10                          Carol Ann Slocum, Esq. *(PHV Forthcoming)*
10000 Lincoln Drive East, Suite 201
Marlton, New Jersey 08053

11

12                          *Attorneys for Plaintiff The Lash Group, LLC*

13

14                          IT IS SO ORDERED.

15

16

17                          ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

18

19                          DATED: <u>May 22, 2024</u>

20

21

22

23

24

25

26

27

28

15956-01/3147535.docx