JAMES D. BOYLE, ESQ.
Nevada Bar No. 08384
Email: jboyle@nevadafirm.com
TYLER B. THOMAS, ESQ.
Nevada Bar No. 16637
Email: tthomas@nevadafirm.com
HOLLEY DRIGGS LTD.
800 South Meadows Parkway, Suite 800
Reno, Nevada 89521
Telephone:   (775) 851-8700
Facsimile:   (775) 851-7681

CAROL ANN SLOCUM, ESQ. *(Admitted Pro Hac Vice)*
Email: cslocum@klehr.com
KLEHR HARRISON HARVEY BRANZBURG, LLP
10000 Lincoln Drive East, Suite 201
Marlton, New Jersey 08053
Telephone:   (856) 486-6961
Facsimile:   (856) 486-4875

*Attorneys for Plaintiff The Lash Group, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE LASH GROUP, LLC, a Delaware limited liability company,<br><br>           Plaintiff,<br><br>   v.<br><br>DAYA MEDICALS, INC., a Nevada corporation.<br><br>           Defendant. | CASE NO.: 2:24-cv-00843-ART-EJY<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF THE LASH GROUP, LLC'S MOTION FOR LEAVE TO EFFECTUATE ALERNATIVE SERVICE OF PROCESS ON DEFENDANT DAYA MEDICALS, INC.** |

In accordance with the Court's Order entered on July 3, 2024 (ECF No. 12), Plaintiff The Lash Group LLC, ("Lash Group") submitted a proposead Order Granting Plaintiff The Lash Group's Motion for Leave to Effectuate Alternative Service of Process On Defendant Daya Medicals, Inc. (the "Alternative Service Order"). This Alternative Service Order incorporates by reference and in their entirety, the Court's discussions, legal analysis, and determinations as set forth in the Order entered on July 3, 2024 (ECF No. 12).

As set forth in its prior Order, the Court granted Lash Group leave to effectuate service of process on Defendant Daya Medicals, Inc. ("Daya Medicals") through the following electronic mail, physical address, social media, and telephonic contacts:

15956-01/3185208

1. Facebook: https://www.facebook.com/Dayamed4/
2. X: https://twitter.com/Dayamed2
3. LinkedIn: https://www.linkedin.com/company/dayamed
4. Email: info@dayamed.com
5. Telephone: (855) 410-6434
6. Physical Addresses:
   a. 550 West Plumb Lane, Suite B #262, Reno, Nevada, 89509;
   b. 9805 Double R. Blvd., Suite 300, Reno, Nevada 89501; and
   c. 1 E. Liberty Street, Suite 600, Reno, Nevada 89501-2110.

IT IS HEREBY ORDERED that Lash Group will effectuate service of process on Daya Medicals through the foregoing electronic mail, physical address, social media, and telephonic contacts, through each of the following methods:

1. electronic mail message sent to Daya Medical's email address;
2. U.S. Mail, postage prepaid, return receipt requested, to each of the identified physical addresses identified by Lash Group;
3. Federal Express to each of the identified physical addresses identified by Lash Group;
4. electronic messages sent to Daya Medical's Facebook, X, and LinkedIn social media accounts; and
5. telephonic notice initiated by Lash Group's counsel.

Further, the Court finds that service of process via publication is required in this matter. IT IS THEREFORE FURTHER ORDERED that Lash Group will effectuate service of process through publication of a summons to Daya Medicals in the following newspapers for a period of four (4) consecutive weeks:

1. Reno Gazette-Journal; and
2. Las Vegas Review-Journal.

Said published summons must state the following:

> TO DEFENDANT DAYA MEDICALS, INC.: A LAWSUIT HAS BEEN FILED AGAINST YOU IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA, CASE NO.: 2:24-cv-00843-ART-EJY. WITHIN TWENTY-ONE (21) DAYS OF THE PUBLICATION OF THIS SUMMONS, YOU MUST SERVE ON PLAINTIFF THE LASH GROUP, LLC, AN ANSWER TO THE COMPLAINT FILED AGAINST YOU BY THE LASH GROUP, LLC, OR A MOTION UNDER FEDERAL RULE OF CIVIL PROCEDURE 12 OTHERWISE RESPONDING TO THE COMPLAINT.
>
> THE LASH GROUP, LLC'S COMPLAINT AGAINST YOU ALLEGES CLAIMS FOR: (1) BREACH OF SERVICE AGREEMENT

15956-01/3185208

YOU ENTERED INTO WITH THE LASH GROUP, LLC ON OR ABOUT AUGUST 1, 2021; (2) BREACH OF THE IMPLIED COVENANT OF GOOD FAITH AND FAIR DEALING RELATING TO THE SAME SERVICE AGREEMENT; (3) BREACH OF ACCOUNT STATED; AND (4) UNJUST ENRICHMENT. IN ITS COMPLAINT, THE LASH GROUP, LLC, SEEKS RECOVERY OF DAMAGES IN THE PRINCIPAL AMOUNT OF $816,576.00, ACCRUED PREJUDGMENT INTEREST, AN AWARD OF ATTORNEYS' FEES AND COSTS INCURRED IN PROSECUTING ITS LAWSUIT, AND POST-JUDGMENT INTEREST, ALL AS PERMITTED BY APPLICABLE LAW.

YOUR TIMELY ANSWER OR RESPONSIVE MOTION MUST BE FILED WITH THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA, AND IT MUST BE SERVED ON COUNSEL FOR THE LASH GROUP, LLC, AT THE FOLLOWING ADDRESS: HOLLEY DRIGGS LTD., ATTN: JAMES D. BOYLE, ESQ. AND TYLER B. THOMAS, ESQ., 800 S. MEADOWS PKWY., SUITE 800, RENO, NEVADA 89521.

IF YOU FAIL TO RESPOND TO THE LASH GROUP, LLC'S COMPLAINT, A JUDGMENT BY DEFAULT WILL BE ENTERED AGAINST YOU FOR THE RELIEF DEMANDED IN SAID COMPLAINT.

Upon completion of the foregoing service efforts, IT IS HEREBY ORDERED that Lash Group will file the following documents reflecting its compliance with this Alternative Service Order:

1. An Affidavit of Due Diligence from its counsel, by which Lash Group will set forth its compliance with each of the foregoing authorized methods of alternative service;

2. An Affidavit of Publication, by which Lash Group will demonstrate publication of the required summons from both the Reno Gazette-Journal and the Las Vegas Review-Journal; and

3. A Certificate of Mailing, by which Lash Group will identify the date(s) upon which it effectuated its mailing of the Summons and Complaint in this matter via (a) U.S. Mail, postage prepaid, return receipt requested, and (b) Federal Express.

15956-01/3185208

It is further ORDERED that service of process shall be deemed effectuated on Daya Medicals twenty-one (21) days following the occurrence of Lash Group's final publication date of the summons served via publication, as permitted by this Alternative Service Order.

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: July 14, 2024

15956-01/3185208