1 | JAMES D. BOYLE, ESQ.
Nevada Bar No. 08384
2 | Email: jboyle@nevadafirm.com
TYLER B. THOMAS, ESQ.
3 | Nevada Bar No. 16637
Email: tthomas@nevadafirm.com
4 | HOLLEY DRIGGS LTD.
800 South Meadows Parkway, Suite 800
5 | Reno, Nevada 89521
Telephone: (775) 851-8700
6 | Facsimile: (775) 851-7681

7 | CAROL ANN SLOCUM, ESQ. *(Admitted Pro Hac Vice)*
Email: cslocum@klehr.com
8 | KLEHR HARRISON HARVEY BRANZBURG, LLP
10000 Lincoln Drive East, Suite 201
9 | Marlton, New Jersey 08053
Telephone: (856) 486-6961
10 | Facsimile: (856) 486-4875

11 | *Attorneys for Plaintiff The Lash Group, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| THE LASH GROUP, LLC, a Delaware limited liability company, | CASE NO.: 2:24-cv-00843-ART-EJY |
|---|---|
| Plaintiff, | **STIPULATION TO EXTEND TIME FOR DEFENDANT DAYA MEDICALS, INC. TO ANSWER PLAINTIFF THE LASH GROUP, LLC'S COMPLAINT (ECF NO. 1)** |
| v. | |
| DAYA MEDICALS, INC., a Nevada corporation. | **(FIRST REQUEST)** |
| Defendant. | |

Pursuant to Fed. R. Civ. P. 6(b), Nev. LR IA 6-1, and Nev. LR IA 6-2, Plaintiff The Lash Group, LLC ("Lash Group") and Defendant Daya Medicals, Inc. ("Daya") (and together with Lash Group, the "Parties") hereby stipulate as follows:

1. Daya's counsel agreed to accept service of process of Lash Group's Complaint and Summons on August 22, 2024, and the Parties filed an Acceptance of Service on the same date (ECF No. 15), in compliance with Fed. R. Civ. P. 5(b)(E);

2. The Parties have agreed to extend Daya's time to file an Answer to Lash Group's Complaint for an additional thirty (30) days beyond the twenty-one (21) day period to respond to a complaint mandated by Fed. R. Civ. P. 12(a)(1);

3. Daya's deadline to respond to Lash Group's Complaint is therefore extended by and through October 12, 2024.

This extended time period to Answer shall provide a timeframe for the Parties to engage in settlement negotiations, which are presently ongoing.

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

There have been no previous extensions of this deadline or for any other deadlines in the above-captioned matter. This extension will not alter the date of any event or deadline already fixed by Court order.

IT IS SO STIPULATED.

DATED August 22, 2024.

Respectfully submitted,

By: /s/ *James. D. Boyle*

JAMES D. BOYLE, ESQ. (NBN 08384)
TYLER B. THOMAS, ESQ. (NBN 16637)
HOLLEY DRIGGS LTD.
800 South Meadows Parkway, Suite 800
Reno, Nevada 89521
(775) 851-8700

CAROL ANN SLOCUM, ESQ. *(Admitted PHV)*
KLEHR HARRISON HARVEY BRANZBURG, LLP
10000 Lincoln Drive East, Suite 201
Marlton, New Jersey 08053
(856) 486-6961

*Attorneys for Plaintiff The Lash Group, LLC*

Respectfully submitted,

By: /s/ *John R. Funk*

JOHN R. FUNK, ESQ. (NBN 12372)
GUNDERSON LAW FIRM
3895 Warren Way
Reno, NV 89509
(775) 829-1222

*Attorney for Defendant Daya Medicals, Inc.*

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE /
UNITED STATES MAGISTRATE JUDGE

DATED: August 22, 2024