1  JAMES D. BOYLE, ESQ.
   Nevada Bar No. 08384
2  Email: jboyle@nvlawfirm.com
   BRANDEN D. JUNG, ESQ.
3  Nevada Bar No. 14067
   Email: bjung@nvlawfirm.com
4  KEARNEY PUZEY DAMONTE, LTD
   800 South Meadows Parkway, Suite 800
5  Reno, Nevada 89521
   Telephone:    (775) 851-8700
6  Facsimile:    (775) 851-7681

7  CAROL ANN SLOCUM, ESQ. *(Admitted Pro Hac Vice)*
   Email: cslocum@klehr.com
8  KLEHR HARRISON HARVEY BRANZBURG, LLP
   10000 Lincoln Drive East, Suite 201
9  Marlton, New Jersey 08053
   Telephone:    (856) 486-6961
10 Facsimile:    (856) 486-4875

11 *Attorneys for Plaintiff and Counter-Defendant*
   *The Lash Group, LLC*

12
                    **UNITED STATES DISTRICT COURT**
13
                        **DISTRICT OF NEVADA**
14

15 THE LASH GROUP, LLC, a Delaware limited       CASE NO.:  2:24-cv-00843-ART-EJY
   liability company,
16                                                **STIPULATION AND ORDER TO**
              Plaintiff / Counter-Defendant,      **EXTEND DEADLINE FOR**
17                                                **COUNTER-DEFENDANT THE LASH**
        v.                                        **GROUP, LLC TO RESPOND TO**
18                                                **COUNTERCLAIMS OF**
   DAYA MEDICALS, INC., a Nevada corporation.     **COUNTERCLAIMANT DAYA**
19                                                **MEDICALS, INC.**
              Defendant / Counterclaimant
20                                                **(First Request for Extension)**

21
           Pursuant to Fed. R. Civ. P. 6(b), Nev. LR IA 6-1, and Nev. LR IA 6-2, Plaintiff and
22
   Counter-Defendant The Lash Group, LLC ("Lash Group") and Defendant and Counterclaimant
23
   Daya Medicals, Inc. ("Daya") (and together with Lash Group, the "Parties") hereby stipulate as
24
   follows:
25
           1.      On October 11, 2024, Daya filed its initial Answer to Complaint; Counterclaim
26
   (ECF No. 21); Daya filed an Amended Answer to Complaint; Counterclaim on October 15, 2024
27
   (ECF No. 23).
28

                                             - 1 -

*(vertical sidebar text)* KEARNEY PUZEY DAMONTE LTD.

2.      Pursuant to Fed. R. Civ. P. 12(a)(1)(B), Lash Group's responsive pleading to the amended counterclaims alleged by Daya is due on November 5, 2024.

3.      The Parties have agreed to extend Lash Group's time to file a responsive pleading to the amended counterclaims alleged by Daya for an additional fourteen (14) days beyond the twenty-one (21) day period to respond mandated by Fed. R. Civ. P. 12(a)(1)(B);

4.      Lash Group's deadline to respond to the amended counterclaims alleged by Daya is therefore extended by and through November 19, 2024.

5.      This extended time period to file a responsive pleading to the amended counterclaims alleged by Daya shall provide a timeframe for the Parties to engage in resolution negotiations, which are presently ongoing.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

KEARNEY PUZEY DAMONTE LTD.

- 2 -

1   There have been no previous extensions of this deadline in the above-captioned matter.

2   This extension will not alter the date of any event or deadline already fixed by Court order.

3   IT IS SO STIPULATED.

4   DATED this 5th day of November 2024.

5   Respectfully submitted,                          Respectfully submitted,

6

7   By: /s/ James. D. Boyle                          By: /s/ John R. Funk

8   JAMES D. BOYLE, ESQ. (NBN 08384)                 JOHN R. FUNK, ESQ. (NBN 12372)
    BRANDEN D. JUNG, ESQ. (NBN 14067)                GUNDERSON LAW FIRM
9   HOLLEY DRIGGS LTD.                               3895 Warren Way
    800 South Meadows Parkway, Suite 800             Reno, NV 89509
10  Reno, Nevada 89521                               (775) 829-1222
    (775) 851-8700
11                                                   *Attorneys for Defendant and*
                                                     *Counterclaimant Daya Medicals, Inc.*
12  CAROL ANN SLOCUM, ESQ. *(Admitted PHV)*
    KLEHR HARRISON HARVEY
13  BRANZBURG, LLP
    10000 Lincoln Drive East, Suite 201
14  Marlton, New Jersey 08053
    (856) 486-6961
15
    *Attorneys for Plaintiff and Counter-Defendant*
16    *The Lash Group, LLC*

17

18                                                   IT IS SO ORDERED.

19

20                                                   UNITED STATES MAGISTRATE JUDGE

21

22

23                                                   DATED: November 5, 2024

24

25

26

27

28

- 3 -