UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THE LASH GROUP, LLC, a Delaware limited liability company,<br><br>　　　　Plaintiff,<br>v.<br><br>DAYA MEDICALS, INC., a Nevada corporation.<br><br>　　　　Defendant.<br>_____ /<br><br>DAYA MEDICALS, INC., a Canadian corporation<br><br>　　　　Counterclaimant,<br>v.<br><br>THE LASH GROUP, LLC, a Delaware limited liability company<br><br>　　　　Counter-Defendant.<br>_____ / | Case No.:<br>2:24-cv-00843-ART-EJY<br><br>**ORDER GRANTING**<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR COUNTERCLAIMANT DAYA MEDICALS, INC., TO RESPOND TO LASH GROUP, LLC'S MOTION TO DISMISS**<br><br>**[FIRST REQUEST]** |

  Pursuant to Fed. R. Civ. P. 6(b), Nev. LR IA 6-1, and Nev. LR IA 6-2, The Lash Group, LLC, a Delaware limited liability company ("Lash Group") and Daya Medicals, Inc., a Canadian corporation ("DayaMed") (and together with Lash Group, the "Parties") hereby stipulate as follows:

  1. On November 19, 2024, Lash Group filed its *Motion to Dismiss Counterclaimant's Counterclaims* (the "*Motion*").

GUNDERSON LAW FIRM
A PROFESSIONAL
LAW CORPORATION
3895 Warren Way
RENO, NEVADA 89509
(775) 829-1222

-1-

2. Pursuant to Fed. R. Civ. P. 12(a)(4)(A), DayaMed's responsive pleading to the *Motion* is due on December 3, 2024.

3. The Parties have agreed to extend DayaMed's time to file a responsive pleading to the *Motion* for an additional seven (7) days beyond the fourteen (14) day period to respond as mandated by Fed. R. Civ. P. 12(a)(4)(A). The response is now due on December 10, 2024.

4. The Parties have also agreed to set a deadline of December 20, 2024, for Lash Group to file its reply to DayaMed's response to the *Motion*.

5. Good Cause exists to grant these extensions given the holiday season and that they are not expected to unnecessarily delay these proceedings.

There have been no previous extensions of this deadline in the above-captioned matter. This extension will not alter the date of any event or deadline already fixed by Court order.

IT IS SO STIPULATED.

DATED this 2nd day of December, 2024.

/.s./ *James D. Boyle*
James D. Boyle, Esq., NVSB No. 08384
Branden D. Jung, Esq., NVSB NO. 14067
KEARNEY PUZEY DAMONTE LTD.

Carol Ann Slocum, Esq. *(Admitted PHV)*
KLEHR HARRISON HARVEY BRANZBURG, LLP
*Attorneys for The Lash Group, LLC*

DATED this 2nd day of December, 2024.
GUNDERSON LAW FIRM

/.s./ *John R. Funk*
John R. Funk, Esq. NVSB No. 12372
*Attorney for Daya Medicals, Inc.*

IT IS SO ORDERED.

Anne R. Traum
United States District Judge

DATED: December 4, 2024