KEARNEY PUZEY DAMONTE LTD.

*T*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE LASH GROUP, LLC, a Delaware limited liability company,<br><br>             Plaintiff / Counter-Defendant,<br><br>     v.<br><br>DAYA MEDICALS, INC., a Nevada corporation.<br><br>             Defendant / Counterclaimant | CASE NO.:  2:24-cv-00843-ART-EJY<br><br>**ORDER TO EXTEND DEADLINES FOR REMAINING BRIEFING ON DEFENDANT /COUNTERCLAIMANT DAYA MEDICALS, INC.'S MOTION FOR SUMMARY JUDGMENT (ECF NO. 36)**<br><br>**(First Request for Extension)** |

Pursuant to Fed. R. Civ. P. 6(b), Nev. LR IA 6-1, and Nev. LR IA 6-2, Plaintiff and Counter-Defendant The Lash Group, LLC ("Lash Group") and Defendant and Counterclaimant Daya Medicals, Inc. ("DayaMed") (and together with Lash Group, the "Parties") hereby stipulate as follows:

    1.      On May 9, 2025, DayaMed filed a Motion for Summary Judgment (ECF No. 36) (the "MSJ").

2.      Pursuant to Fed. R. Civ. P. 6(a)(1) and LR II 7-2(b), Lash Group's current deadline to file a response to the MSJ is June 2, 2025; DaaMed's deadline to file a reply in support of the MSJ is June 17, 2025.

3.      The Parties have agreed to extend Lash Group's time to file a response to the MSJ is June 10, 2025 (an extension of (8) day additional days under LR II 7-2(b)), and to extend the deadline for DayaMed to file its reply brief to June 30, 2025 (an extension of thirteen (13) additional days under LR II 7-2(b));

4.      This extended time period to file a response brief and reply brief is necessary to accommodate existing calendar conflicts for Lash Group's counsel in the latter week of May 2025 and the first week of June 2025 related to vacation time and a mediation in Boston, Massachusetts, both scheduled prior to DayaMed's filing of the MSJ, and is not made for any improper or to delay any proceeding or other pending matter in this action.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

KEARNEY PUZEY DAMONTE LTD.

KEARNEY PUZEY DAMONTE LTD.

1    There have been no previous extensions of this deadline in the above-captioned matter.

2    This extension will not alter the date of any event or deadline already fixed by Court order.

3    IT IS SO STIPULATED.

4    DATED this 27 day of May 2025.

5    Respectfully submitted,                        Respectfully submitted,

6

7    By: /s/ *James. D. Boyle*                      By: /s/ *John R. Funk*

8    JAMES D. BOYLE, ESQ. (NBN 08384)              JOHN R. FUNK, ESQ. (NBN 12372)
     BRANDEN D. JUNG, ESQ. (NBN 14067)             GUNDERSON LAW FIRM
9    HOLLEY DRIGGS LTD.                             3895 Warren Way
     800 South Meadows Parkway, Suite 800          Reno, NV 89509
10   Reno, Nevada 89521                            (775) 829-1222
     (775) 851-8700
11                                                 *Attorneys for Defendant and*
                                                   *Counterclaimant Daya Medicals, Inc.*
12   CAROL ANN SLOCUM, ESQ. *(Admitted PHV)*
     KLEHR HARRISON HARVEY
13   BRANZBURG, LLP
     10000 Lincoln Drive East, Suite 201
14   Marlton, New Jersey 08053
     (856) 486-6961
15
     *Attorneys for Plaintiff and Counter-Defendant*
16     *The Lash Group, LLC*

17

18                                                 IT IS SO ORDERED.

19

20   _____
                                                   UNITED STATES DISTRICT JUDGE
21

22                                                 DATED:
                                                              5/27/2025
23                                                 _____

24

25

26

27

28

- 3 -