# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE LASH GROUP, LLC, a Delaware limited liability company,<br><br>　　　　Plaintiff,<br>　　v.<br><br>DAYA MEDICALS, INC., a Nevada corporation.<br><br>　　　　Defendant.<br>_____/<br><br>DAYA MEDICALS, INC., a Canadian corporation<br><br>　　　　Counterclaimant,<br>　　v.<br><br>THE LASH GROUP, LLC, a Delaware limited liability company<br><br>　　　　Counter-Defendant.<br>_____/ | Case No.:<br>2:24-cv-00843-ART-EJY<br><br>**ORDER GRANTING**<br><br>**STIPULATION TO EXTEND DEADLINES FOR REMAINING BRIEFING ON DEFENDANT / COUNTERCLAIMANT DAYA MEDICALS, INC.'S MOTION FOR SUMMARY JUDGMENT (ECF NO. 36)**<br><br>**[SECOND REQUEST]** |

Pursuant to Fed. R. Civ. P. 6(b), Nev. LR IA 6-1, and Nev. LR IA 6-2, Plaintiff and Counter-Defendant The Lash Group, LLC ("Lash Group") and Defendant and Counterclaimant Daya Medicals, Inc. ("DayaMed") (and together with Lash Group, the "Parties") hereby stipulate as follows:

///

GUNDERSON LAW FIRM
A PROFESSIONAL
LAW CORPORATION
3895 Warren Way
RENO, NEVADA 89509
(775) 829-1222

-1-

1. On May 9, 2025, DayaMed filed a *Motion for Summary Judgment* (ECF No. 36) (the "MSJ").

2. Pursuant to Fed. R. Civ. P. 6(a)(1) and LR II 7-2(b), Lash Group's deadline to file a response to the MSJ was June 2, 2025; DayaMed's deadline to file a reply in support of the MSJ was June 17, 2025.

3. After the MSJ was served, the parties also served each other with written discovery.

4. Following a stipulation (ECF No. 37), the Court granted an extension for Lash Group to file its Response to the MSJ to June 10, 2025 and correspondingly extended DayaMed's deadline to file its reply to June 30, 2025 (ECF No. 38). Lash Group filed its response to DayaMed's MSJ on June, 10, 2025 (ECF No. 39) and an Errata thereto on June 11, 2025 (ECF No. 40).

5. The Parties have agreed to deadlines for discovery responses and DayaMed's deadline to file a reply to accommodate a variety of interests including personal and professional calendars as well as to allow the parties to explore possible settlement. The parties have agreed to extend deadlines for both parties to respond to discovery and for DayaMed to file a reply in support of its MSJ. The Parties agreed that Lash Group would provide its responses to the written discovery propounded upon it on or before July 8, 2025 and DayaMed would provide its responses to the written discovery propounded upon it on or before July 14, 2025. The Parties agree the deadline for DayaMed to file its reply brief in support of the MSJ is extended until July 14, 2025 (an extension of fourteen (14) additional days from the prior Court's order entered on May 28, 2025(ECF No. 38)).

///
///
///
///
///
///
///
///
///

GUNDERSON LAW FIRM
A PROFESSIONAL
LAW CORPORATION
3895 Warren Way
RENO, NEVADA 89509
(775) 829-1222

-2-

6. This extended period of time to file a reply brief is necessary to accommodate both professional and personal calendar conflicts for DayaMed's counsel that were sprung into existence when Lash Group received its extension to file its Response to the MSJ. These items were all scheduled and in place prior to the extension granted to Lash Group for its Response. This Parties' stipulation is not made for any improper purpose or to delay any proceeding or other pending matter in this action.

IT IS SO STIPULATED.

DATED this 25th day of June, 2025.

   */s/ James D. Boyle*
James D. Boyle, Esq., NVSB No. 08384
Branden D. Jung, Esq., NVSB NO. 14067
KEARNEY PUZEY DAMONTE LTD.

Carol Ann Slocum, Esq. *(Admitted PHV)*
KLEHR HARRISON HARVEY BRANZBURG, LLP
*Attorneys for The Lash Group, LLC*

DATED this 25th day of June, 2025.
GUNDERSON LAW FIRM

   */s/ John Funk*
John R. Funk, Esq. NVSB No. 12372
*Attorney for Daya Medicals, Inc.*

**IT IS SO ORDERED.**

_____
Anne R Traum
United States District Judge

DATED: June 27, 2025