# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE LASH GROUP, LLC, a Delaware limited liability company,<br><br>    Plaintiff,<br><br> v.<br><br>DAYA MEDICALS, INC., a Nevada corporation.<br><br>    Defendant.<br>_____/<br>DAYA MEDICALS, INC., a Canadian corporation<br><br>    Counterclaimant,<br><br> v.<br><br>THE LASH GROUP, LLC, a Delaware limited liability company<br><br>    Counter-Defendant.<br>_____/ | Case No.: 2:24-cv-00843-ART-EJY<br><br>**ORDER GRANTING**<br><br>**STIPULATION TO EXTEND DEADLINES FOR DEFENDANT / COUNTERCLAIMANT DAYA MEDICALS, INC. TO FILE AN AMENDED COUNTERCOMPLAINT (ECF NO. 45)**<br><br>**[FIRST REQUEST]** |

  Pursuant to Fed. R. Civ. P. 6(b), Nev. LR IA 6-1, and Nev. LR IA 6-2, Plaintiff and Counter-Defendant The Lash Group, LLC ("Lash Group") and Defendant and Counterclaimant Daya Medicals, Inc. ("DayaMed") (and together with Lash Group, the "Parties") hereby stipulate as follows:

///

-1-

1. On August 13, 2025, the Court entered an *Order Granting Motion to Dismiss Counterclaims* (ECF No. 45) granting DayaMed leave to file an amended countercomplaint on or before September 12, 2025.

2. The Parties agree to extend the deadline for DayaMed to file its amended countercomplaint to September 30, 2025, which is an extension of eighteen (18) additional days from the prior Court's order entered on August 13, 2025 (ECF No. 45).

3. This extended period of time to file an amended countercomplaint is to accommodate the ongoing settlement discussions between the Parties in an effort to resolve all claims and disputes in this matter. The Parties believe continuing those discussions would be in the best interest of judicial and litigant resources. This Parties' stipulation is not made for any improper purpose or to delay any proceeding or other pending matter in this action.

IT IS SO STIPULATED.

DATED this 11th day of September, 2025.
KEARNEY PUZEY DAMONTE LTD.

  /s/ James Boyle
James D. Boyle, Esq., NVSB No. 08384
Branden D. Jung, Esq., NVSB NO. 14067

Carol Ann Slocum, Esq. *(Admitted PHV)*
KLEHR HARRISON HARVEY BRANZBURG, LLP
*Attorneys for The Lash Group, LLC*

DATED this 11th day of September, 2025.
GUNDERSON LAW FIRM

  /s/ John Funk
John R. Funk, Esq. NVSB No. 12372
*Attorney for Daya Medicals, Inc.*

**IT IS SO ORDERED.**

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

DATED: September 12, 2025