**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE LASH GROUP, LLC, a Delaware limited liability company,<br><br>               Plaintiff / Counter-Defendant,<br><br>v.<br><br>DAYA MEDICALS, INC., a Nevada corporation.<br><br>               Defendant / Counterclaimant | Case No.:  2:24-cv-00843-ART-EJY<br><br>**ORDER GRANTING**<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

**STIPULATION**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and consistent with the terms of a confidential Settlement Agreement (the "Settlement Agreement") having an effective date of January 5, 2026, Plaintiff and Counter-Defendant The Lash Group, LLC ("Lash Group"), and Defendant and Counterclaimant Daya Medicals, Inc. ("Daya Medicals") (and together, the "Parties"), by and through their undersigned counsel of record, hereby stipulate and agree (the "Stipulation of Dismissal") to dismiss all claims, counterclaims, and affirmative defenses alleged in the above-caption action <u>with prejudice</u>.

///

///

///

- 1 -

The Parties further stipulate and agree that this Stipulation of Dismissal shall not affect the terms and conditions of the Settlement Agreement, including without limitation the Confession of Judgment related thereto, and that all terms and conditions of the Settlement Agreement shall remain in full force and effect following entry of this Stipulation of Dismissal.

**IT IS SO STIPULATED**.

DATED this 15th day of February, 2026.

By: /s/ *James. D. Boyle*

JAMES D. BOYLE, ESQ. (NBN 08384)
HOWARD AND HOWARD ATTORNEYS,
PLLC
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, Nevada 89169
(702) 667-4867

CAROL ANN SLOCUM, ESQ. *(Admitted PHV)*
KLEHR HARRISON HARVEY
BRANZBURG, LLP
10000 Lincoln Drive East, Suite 201
Marlton, New Jersey 08053
(856) 486-6961

*Attorneys for Plaintiff and Counter-Defendant
The Lash Group, LLC*

DATED this 15th day of February 2026.

By: /s/ *John R. Funk*

JOHN R. FUNK, ESQ. (NBN 12372)
GUNDERSON LAW FIRM
3895 Warren Way
Reno, NV 89509
(775) 829-1222

*Attorneys for Defendant and
Counterclaimant Daya Medicals, Inc.*

## ORDER

IT IS ORDERED that this action is hereby dismissed in its entirety with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

IT IS FURTHER HEREBY ORDERED that all terms and conditions of the Parties' Settlement Agreement shall remain in full force and effect following entry of this Order granting the foregoing Stipulation of Dismissal.

**IT IS SO ORDERED.**

_____
Anne R. Traum, United States District Judge

DATED: February 18, 2026

- 2 -